| | |
|---|---|
| 1 | STEPHEN R. JAFFE SBN 49539<br>THE JAFFE LAW FIRM |
| 2 | 101 California Street, Suite 2450<br>San Francisco, CA 94111 |
| 3 | Telephone: 415.618.0100<br>Facsimile: 415.618.0880 |
| 4 | www.JaffeTrialLaw.com |
| 5 | Attorneys Relators for SCOTT ROSE,<br>MARY AQUINO, MITCHELL |
| 6 | NELSON and LUCY STEARNS,<br>Relators |

**FILED**
JUN 16 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*UNDER SEAL*

Case No. C 09 5966 PJH

UNITED STATES OF AMERICA, *ex rel.*
SCOTT ROSE, MARY AQUINO,
MITCHELL NELSON and LUCY
STEARNS,

Plaintiffs,

vs.

STEPHENS INSTITUTE, a California
corporation, doing business as ACADEMY
OF ART UNIVERSITY and DOES 1 through
50, Inclusive,

Defendants.

NOTICE OF CORRECTION OF
MISSPELLED NAME OF RELATOR
SCOTT ROSE

# NOTICE OF CORRECTION OF MISSPELLED NAME OF RELATOR SCOTT ROSE

TO: THE COURT and to the UNITED STATES OF AMERICA:

Notice is given that the name of the relator SCOTT ROSE, was inadvertently and mistakenly shown on the complaint of this action as "SEAN ROSE."

The correct spelling of the realtor's name is "SCOTT ROSE."

Dated: June 15, 2011                          THE JAFFE LAW FIRM

By: _____
Stephen R. Jaffe

# PROOF OF SERVICE
*US ex rel, Rose et al. v Stephens Institute et al.*
USDC NDCA Case No. 09-05966-PJH

The undersigned, states as follows: I am a citizen of the United States over the age of 18 years and not a party to the above-entitled proceeding. My business address is 101 California Street, Suite 2450 San Francisco, CA 94111.

On **June 15, 2011** I served the foregoing

NOTICE OF CORRECTION OF MISSPELLED NAME OF RELATOR SCOTT ROSE

on the following person(s) by delivering (or causing to be delivered) true and correct copies thereof as follows:

[ ] BY MAIL   By placing true and correct copies thereof in the United States mail at San Francisco, California, with postage fully prepaid, addressed as set forth below.

[ ] BY HAND   By placing true and correct copies thereof in a sealed envelope and delivering or causing to be hand delivered to the address(es) set forth below.

[ ] BY FACSIMILE TRANSMISSION By sending true and correct copies thereof by facsimile transmission to the following telephone number: xxx-xxx-xxxx and thereafter mailing true and correct copies thereof by United States mail to the address(es) listed below

[ ] BY OVERNIGHT EXPRESS By placing true and correct copies thereof in a sealed envelope and delivering the same to an overnight courier service addressed as set forth below

[ **X** ] BY ELECTRONIC TRANSMISSION By attaching a true and correct copy thereof to email correspondence addressed as follows:

<u>ila.deiss@usdoj.gov</u>
<u>jonathan.gold@usdoj.gov</u>

I declare the foregoing to be true under the penalty of perjury of the laws of the State of California.  Executed **June 15, 2011** at San Francisco, California.

_____
Susan D. Jaffe