ORIGINAL

TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
ILA C. DEISS, NYSBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
Facsimile: (415) 436-7169
Email: ila.deiss@usdoj.gov

JOYCE R. BRANDA
MICHAEL D. GRANSTON
JONATHAN H. GOLD
Attorneys, Civil Division

U.S. Department of Justice
P.O. Box 261, PHB-9704
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-7123
Email: jonathan.gold@usdoj.gov

Attorneys for the United States of America

**FILED**

JUN 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SEAN ROSE, MARY AQUINO, MITCHELL NELSON and LUCY STEARNS,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEPHENS INSTITUTE, a California corporation, doing business as ACADEMY OF ART UNIVERSITY and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. C 09-5966–PJH<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED ORDER]**<br><br>**FILED UNDER SEAL** |

1  Pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States
2  notifies the Court of its decision not to intervene in this action.
3  Although the United States declines to intervene, we respectfully refer the Court to 31
4  U.S.C. § 3730(b)(1), which allows the relators to maintain the action in the name of the United
5  States; providing, however, that the "action may be dismissed only if the court and the Attorney
6  General give written consent to the dismissal and their reasons for consenting." Id. The United
7  States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the
8  United States only has the right to a hearing when it objects to a settlement or dismissal of the
9  action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel.
10 Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994).
11 Therefore, the United States requests that, should either the relators or the defendants
12 propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the
13 United States with notice and an opportunity to be heard before ruling or granting its approval.
14 Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all
15 pleadings filed in this action be served upon the United States. The United States also requests
16 that orders issued by the Court be sent to the Government's counsel. The United States reserves
17 its rights to order any deposition transcripts and to intervene in this action, for good cause, at a
18 later date.
19 Finally, the United States requests that the Court unseal: (1) Relators' Complaint;
20 (2) Declaration of Stephen R. Jaffe Re: Potential Breach of Seal (filed June 16, 2011), (3) Notice
21 of Correction of Misspelled Name of Relator Scott Rose (filed June 16, 2011); (4) Supplemental
22 Declaration of Stephen R. Jaffe Re: Potential Breach of Seal (filed June 16, 2011); (5) this
23 Notice of Election to Decline Intervention, with (Proposed) Order lifting the seal, and (6) all
24 other matters occurring in this action after the date the Court enters the unsealing order. The
25 United States requests that all other contents of the Court's file in this matter (including, but not
26 limited to, any applications filed by the United States for extensions of the sixty-day
27 investigative period, any applications for partial lifting of the seal, and any orders previously
28

remain under seal and not be made public or served upon the defendants.

Dated: June 22, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

MELINDA HAAG
United States Attorney

By: /s/

ILA C. DEISS
Assistant United States Attorney

JOYCE R. BRANDA
MICHAEL D. GRANSTON
JONATHAN H. GOLD
Attorneys, Civil Division
United States Department of Justice

Attorneys for the United States

# [PROPOSED] ORDER

The United States, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

1. All sealed contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for (1) the Complaint; (2) Declaration of Stephen R. Jaffe Re: Potential Breach of Seal (filed June 16, 2011), (3) Notice of Correction of Misspelled Name of Relator Scott Rose (filed June 16, 2011); (4) Supplemental Declaration of Stephen R. Jaffe Re: Potential Breach of Seal (filed June 16, 2011); (5) this Order; and (6) the accompanying Notice of Election to Decline Intervention, which are hereby unsealed.

2. The relators shall serve the Complaint upon the defendant, together with this Order and the accompanying Notice of Election to Decline Intervention.

3. The seal is lifted as to all matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. All orders of this Court shall be sent to the United States.

6. Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: 6/23/11

PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SEAN ROSE, et al.<br><br>Plaintiff,<br><br>v.<br><br>STEPHENS INSTITUTE, et al.,<br><br>Defendant. | Case Number: C 09-5966 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ila C. Deiss
Assistant United States Attorney
450 Golden Gate Ave.
San Francisco, CA 94102

Stephen R. Jaffe
Jaffe Law Firm
101 California Street
Suite 2450
San Francisco, CA 94111

June 23, 2011

Richard W. Wieking, Clerk

By: Nichole Heuerman