Stephen R. Jaffe   State Bar No. 49539
THE JAFFE LAW FIRM
101 California Street
Suite 2450
San Francisco, California 94111
415-618-0100
415-618-0080 fax
Stephen.R.Jaffe@JaffeTrialLaw.com

Attorneys for Relators Scott Rose, Mary Aquino,
Mitchell Nelson and Lucy Stearns,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SCOTT ROSE, MARY AQUINO, MITCHELL NELSON and LUCY STEARNS,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>STEPHENS INSTITUTE, a California corporation doing business as ART ACADEMY UNIVERSITY,<br><br>　　　　Defendant. | C-09-5966-PJH<br><br>STIPULATION TO FILING AMENDED COMPLAINT and [P~~ROPOSED~~] ORDER<br><br>Complaint Filed:　December 21, 2009<br><br>Judge:　　　　　Phyllis J. Hamilton |

STIPULATION AND ORDER

The parties to this action stipulate with respect to the following facts:

(A)  The Defendant has been granted an extension of time until August 26, 2011 by which to file a responsive pleading to the Realtors' complaint;

(B)  The Defendant has indicated to Relator's counsel it intends to file motions under FRCivP 9(b) and 12(b) regarding the sufficiency of Relator's complaint;

(C)  In lieu of Defendant filing and the Relators responding to such motions under FRCivP 9(b) and 12(b), the parties agree that the Relators may file an Amended Complaint.

THE PARTIES THEREFORE NOW STIPULATE THAT:

(1)  The Relators may file an amended complaint not later than September 30, 2011;

(2)  The defendant shall file its responsive pleading to the Relator's amended complaint on or before October 31, 2011.

Dated:   August 23, 2011                                              Dated:   August 23, 2011

THE JAFFE LAW FIRM

By:_____/s/_____                        By:_____/s/_____
   Stephen R. Jaffe, Attorneys for                                 Lee Altschuler, Attorneys for
   Relators Scott Rose, Mary Aquino                            Defendant Stevens Institute d/b/a
   Mitchell Nelson and Lucy Stearns,                          Art Academy University

STIPULATION AND ORDER

-1-

ORDER

The foregoing Stipulation of the parties having been presented to the Court and good cause appearing,

IT IS ORDERED:

(A) Relators may file an amended complaint in this action on or before September 30, 2011; and

(B) The Defendant shall file its responsive pleading to the Relator's amended complaint on or before October 31, 2011.

Dated: 8/24/11

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION AND ORDER

-2-