1  Stephen R. Jaffe    State Bar No. 49539
   THE JAFFE LAW FIRM
2  101 California Street
   Suite 2450
3  San Francisco, California 94111
   415-618-0100
4  415-618-0080 fax
   Stephen.R.Jaffe@JaffeTrialLaw.com
5
   Attorneys for Relators Scott Rose, Mary Aquino,
6  Mitchell Nelson and Lucy Stearns,

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12
   | UNITED STATES OF AMERICA ex rel. SCOTT ROSE, MARY AQUINO, MITCHELL NELSON and LUCY STEARNS, | C-09-5966-PJH |
   |---|---|
   | Plaintiffs, vs. | STIPULATION TO EXTENSION OF TIME TO FILE AMENDED COMPLAINT and [~~PROPOSED~~] ORDER |
   | STEPHENS INSTITUTE, a California corporation doing business as ART ACADEMY UNIVERSITY, | Complaint Filed: December 21, 2009 |
   | Defendant. | Judge: Phyllis J. Hamilton |

STIPULATION AND ORDER

1  The parties to this action stipulate with respect to the following facts:

2  (A)  The parties previously stipulated to an Order granting Relators until September
3       30, 2011 to file an amended complaint;

4  (B)  Due to professional obligations of relator's counsel, the relators require additional
5       time to complete and file an amended complaint;

6  THE PARTIES THEREFORE NOW STIPULATE THAT:

7  (1)  The Relators may file an amended complaint not later than October 28, 2011;

8  (2)  The defendant shall file its responsive pleading to the Relator's amended
9       complaint on or before December 2, 2011.

10

11 Dated: September 22, 2011                                 Dated: September 22, 2011

12 THE JAFFE LAW FIRM

13

14

15

16 By: _____/s/_____                               By: _____/s/_____
      Stephen R. Jaffe, Attorneys for                            Lee Altschuler, Attorneys for
17    Relators Scott Rose, Mary Aquino                            Defendant Stevens Institute d/b/a
      Mitchell Nelson and Lucy Stearns,                           Art Academy University

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER

-1-

**ORDER**

The foregoing Stipulation of the parties having been presented to the Court and good cause appearing,

IT IS ORDERED:

(A) Relators may file an amended complaint in this action on or before October 28, 2011; and

(B) The Defendant shall file its responsive pleading to the Relator's amended complaint on or before December 2, 2011.

Dated: 9/23/11



JUDGE OF THE UNITED STATES DISTRICT COURT

Judge Phyllis J. Hamilton

IT IS SO ORDERED

STIPULATION AND ORDER