UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SEAN ROSE, MARY AQUINO, MITCHELL NELSON AND LUCY STEARNS,<br><br>    Plaintiff-Relators,<br><br>  vs.<br><br>STEPHENS INSTITUTE, a California corporation, doing business as ACADEMY OF ART UNIVERSITY and DOES 1 through 50, inclusive,<br><br>    Defendants, | Case No.: C-09-5966 PJH<br><br>ORDER (~~PROPOSED~~). |

    Pursuant to stipulation, and the accompanying Declaration, it is SO ORDERED.

ORDER (PROPOSED) EXTENDING DEADLINE FOR DEFENDANT STEVENS INSTITUTE TO FILE A RESPONSIVE PLEADING TO AMENDED COMPLAINT - 1

1 ~~The Clerk shall provide counsel with notice of this Order~~.

3 Dated this ___December 21___, 2011.

IT IS SO ORDERED
Judge Phyllis J. Hamilton

26 ORDER (PROPOSED) EXTENDING DEADLINE FOR DEFENDANT STEVENS INSTITUTE TO FILE A RESPONSIVE PLEADING TO AMENDED COMPLAINT - 2