| | |
|---|---|
| THE JAFFE LAW FIRM<br>Stephen R. Jaffe (CA SBN 49539)<br>101 California Street, Suite 2450<br>San Francisco, California 94111<br>Telephone: 415 618-0100<br>Facsimile: 415 618-0080<br>Email: Stephen.R.Jaffe@JaffeTrialLaw.com | RITZERT & LEYTON, P.C.<br>Steven M. Gombos (VA SBN 30788)<br> (admitted pro hac vice; lead counsel)<br>11350 Random Hills Road, Suite 400<br>Fairfax, Virginia 22030<br>Telephone: (703) 934-2660<br>Facsimile: (703) 934-9840<br>Email: SGombos@Ritzert-Leyton.com |
| Martha Boersch (State Bar No. 126569)<br>martha@boerschlaw.com<br>MARTHA BOERSCH, ATTORNEY AT LAW<br>235 Montgomery Street, Suite 1070<br>San Francisco, CA 94104<br>Telephone: (415) 562-8587 | LAW OFFICES OF LELAND B. ALTSCHULER<br>Leland B. Altschuler (CA SBN 81459)<br>2995 Woodside Road, Suite 350<br>Woodside, CA 94062<br>Telephone: (650) 328-7917<br>Facsimile: (650) 989-4200<br>Email: Lee@AltschulerLaw.com |
| COUNSEL FOR: Relators Scott Rose, Mary Aquino, Mitchell Nelson and Lucy Stearns | COUNSEL FOR: Defendant Stephens Institute, d/b/a Academy of Art University |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SCOTT ROSE, MARY AQUINO, MITCHELL NELSON AND LUCY STEARNS,<br><br>            Plaintiffs/Relators,<br><br>    vs.<br><br>STEPHENS INSTITUTE, a California corporation, doing business as ACADEMY OF ART UNIVERSITY and DOES 1 through 50, inclusive,<br><br>            Defendants. | **Case No. C-09-5966 PJH**<br><br> ORDER DENYING<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME AND CONTINUANCE OF HEARING ON MOTION TO DISMISS** |

Plaintiffs/Relators United States of America, ex rel., Scott Rose, Mary Aquino, Mitchell Nelson, and Lucy Stearns (collectively, "Plaintiffs") and Defendants Stephens Institute d/b/a Academy of Art University ("Defendant") and certain Doe defendants (one through fifty), hereby stipulate and agree as follows:

1. The hearing on the Defendant's Motion to Dismiss shall be continued until July 11, 2012 at 9:00 a.m.;

2. The Plaintiffs opposition to the Motion to Dismiss shall be due on May 23, 2012;

3. The Defendant's Reply shall be due June 22, 2012.

Respectfully submitted,

RITZERT & LEYTON, P.C.

  /s/ Steven M. Gombos
By:  Steven M. Gombos (admitted pro hac vice)
     Lead Counsel for Defendant
     Stephens Institute d/b/a Academy of Art University

By: [illegible]
     Local Counsel for Defendant,
     Stephens Institute d/b/a Academy of Art University

THE JAFFE LAW FIRM

  /s/Stephen R. Jaffe
By:  Stephen R. Jaffe
     Counsel for Relators

LAW OFFICES OF MARTHA A. BOERSCH

  /s/Martha A. Boersch
By:  Martha A. Boersch
     Counsel for Relators

[STAMP: DENIED — Judge Phyllis J. Hamilton — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]