UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SCOTT ROSE, MARY AQUINO, MITCHELL NELSON AND LUCY STEARNS,<br><br>    Plaintiffs/Relators,<br><br>vs.<br><br>STEPHENS INSTITUTE, a California corporation, doing business as ACADEMY OF ART UNIVERSITY and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. C-09-5966 PJH<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND HEARING DATE** |

Based on the stipulation of the parties and the Declaration of Martha Boersch, and for good cause shown,

IT IS HEREBY ORDERED that:

1.  The hearing on the Defendant's Motion to Dismiss shall be continued until June 27, 2012.

2.  The Plaintiffs' opposition to the Motion to Dismiss shall be due on May 23, 2012.

//

1

3. The Defendant's Reply shall be due June 13, 2012.

DATED: March 26    , 2012            _____
                                      Honorable Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

[PROPOSED] ORDER RE
EXTENSION OF TIME
Case No.: 4:09-CV-05966-PJH

2