UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES, *ex rel. Scott Rose,* et al.,

    Plaintiff(s),

v.

STEPHENS INSTITUTE, et al.,

    Defendant(s).
_____/

No. C 09-5966 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge to conduct a discovery conference pursuant to plaintiffs' letter brief (docket #76), and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

    After the parties have met and conferred, they shall prepare a joint letter of not more than 8 pages with no more than 12 pages of attachments, explaining the dispute. The joint letter must be e-filed under the Civil Events category of "Motions and Related Filings> Motions--General>Discovery Letter Brief." The Magistrate Judge may issue a ruling, order additional briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

    IT IS SO ORDERED.

Dated: February 10, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record