# THE JAFFE LAW FIRM

**STEPHEN R. JAFFE**
stephen.r.jaffe@jaffetriallaw.com

**BAILEY K. BIFOSS**
bailey.k.bifoss@jaffetriallaw.com

**SUSAN D. JAFFE**
susan.d.jaffe@jaffetriallaw.com
CERTIFICATED PARALEGAL

150 CALIFORNIA STREET
21st Floor
SAN FRANCISCO, CA 94111

JaffeTrialLaw.com

(415) 618-0100   VOICE
(415) 618-0080   FAX

June 17, 2014

The Hon. Joseph C. Spero
United States Magistrate Judge
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      re:- US *ex rel.* Rose et al v. Stephens Institute dba Academy of Art University
         Case No 09-CV-5966-PJH

Dear Judge Spero:

    We are counsel for the relators in the above-entitled case. This letter is submitted jointly by the parties. Defense counsel is aware of its submission and has been provided a copy.

    A discovery dispute has arisen between the parties. We have had multiple meet and confer contacts including two face-to-face meetings last week on June 11th and June 12th. Despite our good faith efforts, we have been unable to informally resolve the issue.

    The discovery dispute involves whether the production by defendant of approximately 1,000 pages of documents are protected by the attorney-client privilege. The plaintiff contends that, under the facts and circumstances, the production of the documents constitutes a waiver of the attorney-client privilege and that they are properly discoverable. The defense claims production of the documents was "inadvertent" under the protective order in place in this action (copy enclosed) and that they remain privileged and protected from discovery. Indeed, it was the plaintiff/relators who discovered the production of the subject documents and, pursuant to the protective order, alerted defense counsel to that fact.

    The plaintiff/relators wish to bring a motion to compel production. We submit this joint letter in line with the Court's Standing Order B.(8) requirement we do so,

IT IS HEREBY ORDERED that the Motion for Leave to file a Motion to Compel is GRANTED.

Dated: 6/18/14



cc: Defense Counsel

Respectfully,

THE JAFFE LAW FIRM

By: _____/s/_____
    Stephen R. Jaffe