UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *ex rel.*
SCOTT ROSE, et al.,

    Plaintiffs,      No. C 09-5966 PJH

    v.      **ORDER RE CHAMBERS COPY**

STEPHENS INSTITUTE,

    Defendant.
_____/

    PLEASE TAKE NOTICE that the chambers copy of plaintiffs' memorandum of points and authorities in opposition to defendant AAU's motion for protective order and to modify deadlines was submitted in a format that is not usable by the court.

    The chambers copy is not usable because it

- ☒ consists of a stack of loose paper;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal;

1 ☐ includes exhibits that are not attached to a declaration or request for judicial notice and are otherwise unidentified

The paper used for the above-described chambers copy has been recycled by the court. No later than **July 31, 2014**, plaintiffs shall submit a chambers copy in a format that is usable by the court. Specifically, the entire filing must be fastened together with a two-pronged fastener, and all exhibits must be tabbed, as required by this court's pretrial instructions.

**IT IS SO ORDERED.**

Dated: July 29, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge