# THE JAFFE LAW FIRM

**STEPHEN R. JAFFE**
stephen.r.jaffe@jaffetriallaw.com

**BAILEY K. BIFOSS**
bailey.k.bifoss@jaffetriallaw.com

**SUSAN D. JAFFE**
susan.d.jaffe@jaffetriallaw.com
CERTIFICATED PARALEGAL

150 CALIFORNIA STREET
21st Floor
SAN FRANCISCO, CA 94111

*JaffeTrialLaw.com*

(415) 618-0100  VOICE
(415) 618-0080  FAX

September 12, 2014

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    US *ex rel* Rose *et al.* v. Stephens Institute d/b/a Academy of Art University
    09-civ-5099-PHJ

Dear Judge Spero:

    You ordered the parties to jointly report to you no later than today whether we reached an agreement on a case schedule. We agree to the following schedule, subject to approval of the court.

| | |
|---|---|
| document discovery closes | 01/16/15 |
| fact discovery closes | 04/15/15 |
| plaintiffs' expert designation | 04/24/15 |
| defendant's expert designation | 06/05/15 |
| plaintiffs' rebuttal designation | 06/15/15 |
| expert discovery closes | 07/31/15 |
| dispositive motion deadline | 09/04/15 |
| trial | first available date |

    If you require further information for the parties, please so advise us.

Dated: 9/16/14

THE JAFFE LAW FIRM

By: _____/s/_____
    Stephen R. Jaffe

cc: Defense Counsel

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]