UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ROSE, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>STEPHENS INSTITUTE,<br><br>      Defendant. | Case No. 09-cv-05966-PJH   (JCS)<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION TO BE EXCUSED FROM IN PERSON MEET AND CONFER REQUIREMENT**<br><br>Re: Dkt. No. 112 |

IT IS HEREBY ORDERED that Plaintiff's Application to be excused from the In-Person Meet and Confer Requirement is DENIED.

**IT IS SO ORDERED.**

Dated: November 5, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge