United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ROSE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHENS INSTITUTE,<br><br>    Defendant. | Case No.  09-cv-05966-PJH   (JCS)<br><br>**ORDER DENYING IN PART REQUEST FOR CLARIFICATION OF ORDER**<br><br>Re: Dkt. No. 120 |

IT IS HEREBY ORDERED that the Request for Clarification of Order, ECF Dkt. No. 119, is DENIED IN PART.  The meet and confer shall occur within thirty (30) days instead of ten (10) days. The place of the in person meeting shall remain unchanged. The remainder of the request is DENIED.

**IT IS SO ORDERED.**

Dated:  December 17, 2014

JOSEPH C. SPERO
United States Magistrate Judge