UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT ROSE, et al.,

    Plaintiffs,

    v.

STEPHENS INSTITUTE,

    Defendant.

Case No. 09-cv-5966-PJH

**ORDER DENYING RELIEF SOUGHT BY NON-PARTY**

The court is in receipt of the "notice of unresolved state claims and objection to any settlement or proposed settlement, and proposal of lien in equity on any award or settlement to Scott Rose and Mary Aquino," filed on October 29, 2015 by non-party Tina Marie Vandeleur Leigh.  The movant makes three requests of the court:  (1) "order both parties to await the resolution of [her] claims . . . before distributing any award or settlement from defendant," (2) "facilitate the speedy resolution of [her] claims by ordering both parties to fully share any and all discovery that has already taken place," and (3) if it is necessary for her to become a party to this suit, "allow [her] sufficient opportunity to find counsel."  See Dkt. 146.

Because the movant is not a party to this suit, the court finds that she lacks standing to obtain the three forms of relief sought, and thus DENIES the request.

**IT IS SO ORDERED.**

Dated:  November 3, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge