UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT ROSE, et al.,

        Plaintiffs,

        v.

STEPHENS INSTITUTE,

        Defendant.

Case No. 09-cv-5966-PJH

**ORDER RE ADMINISTRATIVE MOTION**

Before the court is plaintiff's administrative motion for an order setting jury trial. The setting of a trial date will be discussed at the upcoming March 2, 2016 hearing on defendant's motion for summary judgment. Accordingly, while plaintiff's motion is DENIED at this time, counsel should be prepared to discuss the timing and duration of trial when they appear at the summary judgment hearing.

**IT IS SO ORDERED.**

Dated: December 29, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge