UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ROSE, et al.,<br>    Plaintiffs,<br>    v.<br>STEPHENS INSTITUTE,<br>    Defendant. | Case No. 09-cv-5966-PJH<br><br>**ORDER RE CHAMBERS COPIES** |

    Civil Local Rule 5-1(e)(7) requires each party to "provide for chambers a paper copy of each document that is electronically filed," and that such copies "must conform to the particular requirements of the assigned judge's standing orders."

    The undersigned's standing pretrial order provides that "[c]hambers copies of each electronically-filed document must include on each page the running header created by the ECF system and must be delivered to the Clerk's Office by noon the day following its filing.  All documents must be stapled or bound by a two-pronged fastener, and all exhibits to declarations or requests for judicial notice must be tabbed."

    Despite these rules, defendant has not provided chambers copies of its motion for summary judgment and related exhibits (Dkt. 150) or its reply brief and related exhibits (Dkt. 166).  The court has received chambers copies only of defendant's administrative motion to file under seal (Dkt. 162) and related exhibits (including Dkt. 163-165).  Accordingly, defendant is ordered to provide chambers copies of Dkt. 150 and Dkt. 166, including all related exhibits, in accordance with the above instructions, no later than

1  **12:00 noon** on Wednesday, **March 2, 2016**.

2  **IT IS SO ORDERED.**

3  Dated:  March 1, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge