**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SCOTT ROSE, Attorney; et al.,<br><br>　　　　Plaintiffs-Respondents,<br><br>　v.<br><br>STEPHENS INSTITUTE, DBA Academy of Art University,<br><br>　　　　Defendant-Petitioner. | No.   16-80167<br><br>D.C. No. 4:09-cv-05966-PJH<br>Northern District of California,<br>Oakland<br><br><br>ORDER |

Before:  LEAVY and BEA, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted.  Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

sz/MOATT