UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ROSE, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>STEPHENS INSTITUTE,<br>　　　　Defendant. | Case No. 09-cv-05966-PJH<br><br>**ORDER ADVANCING TRIAL DATE**<br>Re: Dkt. No. 239 |

Due to the court's unavailability on May 20, 2020 through May 22, 2020, the court hereby **ADVANCES** the May 4, 2020 trial date to instead commence **April 27, 2020**. The pretrial conference remains scheduled for April 2, 2020, with all applicable pretrial deadlines unchanged.

**IT IS SO ORDERED.**

Dated: February 11, 2020

　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　United States District Judge