| | |
|---|---|
| **THE JAFFE LAW FIRM**<br>Stephen R. Jaffe (CA SBN 49539)<br>101 California Street, Ste. 2710<br>San Francisco, California 94111<br>Telephone: (415) 618-0100<br>Facsimile: (415) 618-0080<br>Email:  Stephen.R.Jaffe@JaffeTrialLaw.com | **GOMBOS LEYTON,  P.C.**<br>Steven M. Gombos (VA SBN 30788)<br>(admitted p*ro hac vice; lead counsel*)<br>11350 Random Hills Road, Suite 400<br>Fairfax, Virginia 22030<br>Telephone:  (703) 934-2660<br>Facsimile:  (703) 934-9840<br>Email:  SGombos@glpclaw.com |
| **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**<br>JAMES M. WAGSTAFFE (95535)<br>wagstaffe@wvbrlaw.com<br>MICHAEL VON LOEWENFELDT (178665)<br>mvl@wvbrlaw.com<br>100 Pine Street, Suite 2250<br>San Francisco, CA 94111<br>Telephone: (415) 357-8900<br>Fax: (415) 357-8910 | **LAW OFFICES OF LELAND B. ALTSCHULER**<br>Leland B. Altschuler (CA SBN 81459)<br>2995 Woodside Road, Suite 350<br>Woodside, CA 94062<br>Telephone: (650) 328-7917<br>Facsimile: (650) 989-4200<br>Email:  Lee@AltschulerLaw.com |
| Attorneys for Relators Scott Rose, Mary Aquino, Mitchell Nelson, and Lucy Stearns | ATTORNEYS FOR: Defendant Stephens Institute d/b/a Academy of Art University |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SCOTT ROSE, MARY AQUINO, MITCHELL NELSON AND LUCY STEARNS,<br><br>          Plaintiffs/Relators,<br><br>     v.<br><br>STEPHENS INSTITUTE, a California corporation, doing business as ACADEMY OF ART UNIVERSITY, and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 4:09-cv-05966-PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT AND FRCP 41 AND ORDER**<br><br><br>Judge:       Hon. Phyllis Hamilton<br>Location:    Courtroom 3, 3rd Floor |

TO THE COURT AND ALL PARTIES OF RECORD:

The parties have entered into a settlement agreement resolving all claims in this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1), and in accordance with and subject to the terms of the settlement agreement, the parties stipulate that this action be dismissed with prejudice. The Parties intend this dismissal to constitute a full and final judgment in this action.

The Parties have been informed that counsel for the United States of America will be filing a consent to this dismissal.

The parties further stipulate that this Court should retain jurisdiction exclusively to enforce the settlement agreement.

IT IS SO STIPULATED.

Dated: November 5, 2021          **THE JAFFE LAW FIRM**

　　　　　　　　　　　　　　　　 _/s/ Stephen Jaffe_
　　　　　　　　　　　　　　　　By:  Stephen Jaffe


Dated: November 5, 2021          **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

　　　　　　　　　　　　　　　　 _/s/ James Wagstaffe_
　　　　　　　　　　　　　　　　By:  James Wagstaffe

　　　　　　　　　　　　　　　　Attorneys for Plaintiffs/Relators Scott Rose, Mary Aquino, Mitchell Nelson, and Lucy Stearns


Dated: November 5, 2021

　　　　　　　　　　　　　　　　**GOMBOS LEYTON,  P.C.**

　　　　　　　　　　　　　　　　 _/s/ Steven M. Gombos_
　　　　　　　　　　　　　　　　By:  Steven M. Gombos (admitted pro hac vice)


　　　　　　　　　　　　　　　　Attorneys for Defendant Stephens Institute d/b/a Academy of Art University

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: November 5, 2021

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

 */s/ James Wagstaffe*
By: James Wagstaffe

Attorneys for Plaintiffs/Relators Scott Rose, Mary Aquino, Mitchell Nelson, and Lucy Stearns



IT IS SO ORDERED

Judge Phyllis J. Hamilton

November 8, 2021